ELLEN F. ROSENBLUM
Attorney General
AARON D. KELLEY  #210615
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
JESSICA SPOONER  #105919
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: aaron.kelley@doj.state.or.us
       Jessica.Spooner@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TYLER BURNARD,<br>MICHAEL BRITZIUS,<br>DOUGLAS STYLES,<br><br>    Plaintiffs,<br><br>  v.<br><br>OREGON STATE HOSPITAL,<br>ADAM GIBLIN, Personally,<br>DELORES MATTEUCCI, Personally,<br>PATRICK ALLEN, Personally,<br><br>    Defendants. | Case No.  6:22-cv-01982-MC<br><br>WAIVER OF SERVICE |

TO:    The U.S. District Court for the District of Oregon

  I have received a request to waive service of a summons in this action along with a copy of the complaint.  I agree to save the cost of serving a summons and complaint in this case on behalf of the following Defendants:

Page 1 -   WAIVER OF SERVICE
  AK1/rrc/685110412

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Patrick Allen, Adam Giblin, Delores Matteucci, and Oregon State Hospital Defendants shall retain all defenses or objections to the lawsuit, the Court's jurisdiction, and the action, but Defendants waive any objection to the absence of a summons or of service.

The above-named Defendants must file and serve an answer or a motion under Rule 12 within twenty-one (21) days from the date this Notice was signed. I understand that because the Court seeks to expedite the resolution of prisoner cases, execution of a waiver form does *not* increase the time in which to file an answer or responsive pleading.

I decline to waive service on behalf of the following defendants:

N/A

DATED January __20__, 2023.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

*s/ Aaron D. Kelley*
AARON D. KELLEY #210615
JESSICA SPOONER #105919
Assistant Attorneys General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
aaron.kelley@doj.state.or.us
Jessica.Spooner@doj.state.or.us
Of Attorneys for Defendants

Page 2 -   WAIVER OF SERVICE
           AK1/rrc/685110412

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000