ELLEN F. ROSENBLUM
Attorney General
AARON D. KELLEY  #210615
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
JESSICA SPOONER  #105919
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: aaron.kelley@doj.state.or.us
       Jessica.Spooner@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TYLER BURNARD, MICHAEL BRITZIUS, DOUGLAS STYLES, <br><br>     Plaintiffs, <br><br>     v. <br><br> OREGON STATE HOSPITAL, ADAM GIBLIN, Personally, DELORES MATTEUCCI, Personally, PATRICK ALLEN, Personally, <br><br>     Defendants. | Case No.  6:22-cv-01982-MC <br><br> DEFENDANTS' MOTION FOR EXTENSION OF TIME |

## LR 7-1 CONFERRAL CERTIFICATION

Plaintiff's counsel is currently serving a suspension from the practice of law and unable

to confer regarding this motion until March 20, 2023. The attorney Plaintiff's counsel has asked

Page 1 -   DEFENDANTS' MOTION FOR EXTENSION OF TIME
        AK1/rrc/732492750

to monitor his files is currently in trial, and then unavailable until March 21, 2023. Declaration of Aaron D. Kelley in Support of Defendants' Motion for Extension of Time at ¶ 3-4. As such, Defense counsel has attempted, but has been unable to confer regarding this motion.

## MOTION FOR EXTENSION OF TIME

Defendants move this Court pursuant to Fed. R. Civ. P. 6(b) for an Order granting an 24-day extension of time, up to and including **Monday, March 20, 2023**, to file an Answer or otherwise respond to Plaintiffs' Complaint in this matter. This motion is made in good faith and not for the purposes of delay. Plaintiff's counsel is unavailable until March 20, 2023. This extension will allow this matter to proceed normally once Plaintiff counsel returns.

This motion is supported by the accompanying declaration of Aaron D. Kelley, Assistant Attorney General.

DATED February  24 , 2023.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

_s/ Aaron D. Kelley_
AARON D. KELLEY #210615
JESSICA SPOONER #105919
Assistant Attorneys General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
aaron.kelley@doj.state.or.us
Jessica.Spooner@doj.state.or.us
Of Attorneys for Defendants

Page 2 -    DEFENDANTS' MOTION FOR EXTENSION OF TIME
            AK1/rrc/732492750

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000