ELLEN F. ROSENBLUM
Attorney General
SARA DEL RUBIN  #232414
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 971-673-5000
Email: sara.delrubin@doj.state.or.us

      Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TYLER BURNARD, MICHAEL BRITZIUS, DOUGLAS STYLES, <br><br>    Plaintiffs, <br><br>v. <br><br>OREGON STATE HOSPITAL, ADAM GIBLIN, Personally, DELORES MATTEUCCI, Personally, PATRICK ALLEN, Personally, <br><br>    Defendants. | Case No.  6:22-cv-01982-MC <br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

**NOTICE OF SUBSTITUTION OF COUNSEL**

    Defendants Oregon State Hospital, Adam Giblin, Dolores Matteucci, and Patrick Allen hereby give notice that Sara Del Rubin, Assistant Attorney General, is now counsel of record in this proceeding in place of Aaron D. Kelley, Assistant Attorney General.

/ / / /

/ / / /

/ / / /

Page 1 -    NOTICE OF SUBSTITUTION OF COUNSEL
        SD8/a4s/911845872

The address for the receipt of all correspondence and pleadings remains the same.

DATED September 19, 2023.

                Respectfully submitted,

                ELLEN F. ROSENBLUM
                Attorney General

                *s/ Sara Del Rubin*
                SARA DEL RUBIN #232414
                Assistant Attorney General
                Trial Attorney
                Tel (971) 673-1880
                Fax (971) 673-5000
                sara.delrubin@doj.state.or.us
                Of Attorneys for Defendants

Page 2 -    NOTICE OF SUBSTITUTION OF COUNSEL
       SD8/a4s/911845872

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on September 19, 2023, I served the foregoing NOTICE OF SUBSTITUTION OF COUNSEL upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Leonard R. Berman<br>Law Office of Leonard R. Berman<br>9220 SW Barbur Blvd., Suite 119, Box 180<br>Portland, OR 97219<br>   *Attorney for Plaintiffs* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>_X_ E-MAIL<br>_X_ E-SERVE |

*s/ Sara Del Rubin*
SARA DEL RUBIN #232414
Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
sara.delrubin@doj.state.or.us
Of Attorneys for Defendants