Leonard R. Berman
9220 SW Barbur Bad., Suite 119 Box 180
Portland, OR 97219
(503) 516-3715
OSB # 96040
Easyrabbi@yahoo.com

<u>ATTORNEY FOR PLAINTIFFS</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| TYLER BURNARD, <br> MICHAEL BRITZIUS, <br> DOUGLAS STYLES, <br><br> Plaintiffs, <br><br> v. <br><br> OREGON STATE HOSPITAL, <br> ADAM GIBLIN, Personally, <br> DELORES MATTEUCCI, Personally, <br> PATRICK ALLEN, Personally, <br><br> Defendants. | **Case No.: 6**:22-cv-1982MC <br><br> DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND |

I, Leonard Berman hereby depose and declare, under penalty of perjury:

1. I am counsel for plaintiffs.

2. The plaintiffs seek to file a TRO/Preliminary Injunction for package denial and as to Burnard alone, to email access denial  I believe the proposed amendments in Ex. A address those issues, and streamline the issues for a forthcoming joint TRO on both packages and email access issues.

3. I have conferred with defendants and they object to this motion.

DATED this 8th day of May, 2024

*Respectfully Submitted,*

<u>S//S Leonard R. Berman</u>

*Leonard Berman*, OSB #96040

Attorney for Plaintiffs


1  DECLARATION IN SUPPORT