Leonard R. Berman
9220 SW Barbur Bad., Suite 119 Box 180
Portland, OR 97219
(503) 516-3715
OSB # 96040
Easyrabbi@yahoo.com

<u>ATTORNEY FOR PLAINTIFF</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

|  |  |
|---|---|
| TYLER BURNARD, et al. | Case No.: **6**:22-CV-1982MC |
| Plaintiff, | |
| | **PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| OREGON STATE HOSPITAL, ADAM GIBLIN, Personally, ET AL, | |
| Defendants. | |

   COMES NOW Plaintiffs Tyler Burnard, et al and respectfully move for a Temporary

Restraining Order against Defendants  Oregon State Hospital (OSH) and

the security

department from enforcing unconstitutional mailed packages, food, and gift  policies to

reject any and all outside shipments and hand-deliveries and ordering Defendants to afford

Plaintiffs and all patients due process notice and an opportunity to challenge Defendants'

policies and decisions.  In compliance with D. Or. LR 7-1 (a)(l)(A), the parties have made a

good faith effort through telephone conferences to resolve the dispute and have been unable

to do so. *See* Declaration of Leonard R. Berman.

Submitted in support of this Motion are Plaintiff's Legal Memorandum, Declaration of

Tyler Burnard, Declaration of  Leonard Berman, Declarations of Jared Bowman and

Douglas Styles.


   WHEREFORE, Plaintiffs Tyler Burnard, et al asks that the Court grants Plaintiffs'

Motion for  Temporary Restraining Order.


DATED this 30th day of June, 2024.


*Respectfully Submitted,*

*S//S Leonard R. Berman*

*Leonard Berman*
OSB #96040
503-516-3715

*Respectfully Submitted,*

*S//S Leonard R. Berman*

*Leonard Berman*
OSB #96040
503-516-3715

Attorney for Plaintiff (s)