Leonard R. Berman
9220 SW Barbur Bad., Suite 119 Box 180
Portland, OR 97219
(503) 516-3715
OSB # 96040
Easyrabbi@yahoo.com

<u>ATTORNEY FOR PLAINTIFFS</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| TYLER BURNARD,<br>MICHAEL BRITZIUS,<br>DOUGLAS STYLES,<br><br>Plaintiffs,<br><br>v.<br><br>OREGON STATE HOSPITAL,<br>ADAM GIBLIN, Personally,<br>DELORES MATTEUCCI, Personally,<br>PATRICK ALLEN, Personally,<br><br>Defendants. | **Case No.: 6**:22-cv-1982MC<br><br>PLAINTIFFS' MOTION FOR<br>EXTENSION OF DISCOVERY |

COMES NOW PLAINTIFF and files for this one hundred and twenty-day (120) extension of discovery and all motion deadlines August 12, 2023 to November 11, 2024 for the reasons set forth in the attached declaration. Defendants consent.

DATED this 6th day of August, 2024.

Respectfully submitted by:

<u>S//S Leonard R. Berman</u>
Leonard R. Berman,
ATTORNEY FOR PLAINTIFF

1  PLAINTIFFS' MOTION FOR EXTENSION OF DISCOVERY