Leonard R. Berman
9220 SW Barbur Bad., Suite 119 Box 180
Portland, OR 97219
(503) 516-3715
OSB # 96040
Easyrabbi@yahoo.com

<u>ATTORNEY FOR PLAINTIFFS</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| TYLER BURNARD, <br> MICHAEL BRITZIUS, <br> DOUGLAS STYLES, <br><br> Plaintiffs, <br><br> v. <br><br> OREGON STATE HOSPITAL, <br> ADAM GIBLIN, Personally, <br> DELORES MATTEUCCI, Personally, <br> PATRICK ALLEN, Personally, <br><br> Defendants. | **Case No.: 6**:22-cv-1982MC <br> DECLARATION IN SUPPORT <br> OF PLAINTIFFS' MOTION FOR <br> EXTENSION OF DISCOVERY <br> **(UNOPPOSED)** |

Leonard Berman hereby deposes and declares under penalty of perjury:

1. I am counsel for plaintiffs.
2. The court recently denied Plaintiffs' TRO. Plaintiffs plan to propound discovery requests and request depositions.
3. In the interest of justice, a 120-day extension for discovery is warranted.
4. Defendants consent.

    DATED this 9th day of August, 2024.
    Respectfully submitted by:
    <u>S//S Leonard R. Berman</u>
    Leonard R. Berman,

1  PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY