
ELLEN F. ROSENBLUM
Attorney General
SARA DEL RUBIN  #232414
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: sara.delrubin@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TYLER BURNARD,<br>MICHAEL BRITZIUS,<br>DOUGLAS STYLES,<br><br>           Plaintiffs,<br><br>     v.<br><br>ADAM GIBLIN, Personally,<br>DELORES MATTEUCCI, Personally,<br>PATRICK ALLEN, Personally,<br><br>           Defendants. | Case No.  6:22-cv-01982-MC<br><br>STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS |

### L.R. 7-1(a)(1) CERTIFICATE OF CONFERRAL

Counsel for State Defendants Adam Giblin, Dolores Matteucci, and Patrick Allen (collectively referred to as "State Defendants") certifies that she conferred with plaintiffs' counsel regarding this motion prior to plaintiffs' filing of their motion for extension of discovery and dispositive motion deadlines.  His position was that both the discovery deadlines and the dispositive motion deadlines should be extended.  Declaration of Sara Del Rubin in Support of State Defendants' Motion for Extension of Time ¶ 4.

Page 1 -   STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE
           MOTIONS
           SD8/a4s

## MOTION

This motion is made in the event that this Court denies plaintiffs' motion for extension of discovery and dispositive motion deadlines. If this Court denies plaintiffs' motion, State Defendants respectfully move this Court pursuant to Fed. R. Civ. P. 6 for an extension of time with respect to the dispositive motion deadline currently set in this case. The current deadline to file dispositive motions is August 12, 2024. State Defendants respectfully request that the deadline to file dispositive motions be extended 45 days to September 26, 2024.

This motion is supported by the declaration of defense counsel and the record of the case filed herein.

DATED August 12, 2024.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

*s/ Sara Del Rubin*
SARA DEL RUBIN #232414
Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
Sara.delrubin@doj.oregon.gov
Of Attorneys for Defendants

Page 2 -   STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS
SD8/a4s

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000