Leonard R. Berman
9220 SW Barbur Bad., Suite 119 Box 180
Portland, OR 97219
(503) 516-3715
OSB # 96040
Easyrabbi@yahoo.com

ATTORNEY FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

_____
                                             :
TYLER BURNARD,                               :   **Case No.: 6**:22-cv-1982MC
MICHAEL BRITZIUS,                            :   DECLARATION IN SUPPORT
DOUGLAS STYLES,                              :   OF PLAINTIFFS' MOTION FOR
                                             :   EXTENSION OF DISCOVERY
                                             :    **(UNOPPOSED)**
                    Plaintiffs,              :
                                             :
                                             :
              v.                             :
                                             :
OREGON STATE HOSPITAL,                       :                    :
ADAM GIBLIN, Personally,                     :
DELORES MATTEUCCI, Personally,               :
PATRICK ALLEN,  Personally,                  :
                                             :
                    Defendants.              :
_____:

Leonard Berman hereby deposes and declares under penalty of perjury:

1.  I am counsel for plaintiffs.
2. Plaintiffs have propounded Requests for Admissions and Production recently. Responses are due in the ensuing weeks, with depositions of defendants scheduled in December. Further, discovery is expected in 2025.
3.  In the interest of justice, a 120-day extension for discovery is warranted.
4.   Defendants consent.

    I.    DATED this 14h day of November, 2024.
    II.   Respectfully submitted by:
    III.  S//S Leonard R. Berman
    IV.  Leonard R. Berman,
    V.