Leonard R. Berman
9220 SW Barbur Bad., Suite 119 Box 180
Portland, OR 97219
(503) 516-3715
OSB # 96040
Easyrabbi@yahoo.com

<u>ATTORNEY FOR PLAINTIFFS</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

_____
:
TYLER BURNARD,                : **Case No.: 6**:22-cv-1982MC
MICHAEL BRITZIUS,             :
DOUGLAS STYLES,               : PLAINTIFFS' MOTION FOR
                              : EXTENSION OF DISCOVERY
                              :
       Plaintiffs,            :
                              :
                              :
       v.                     :
                              :
OREGON STATE HOSPITAL,        :                :
ADAM GIBLIN, Personally,      :
DELORES MATTEUCCI, Personally,:
PATRICK ALLEN, Personally,    :
                              :
       Defendants.            :
_____:

COMES NOW PLAINTIFF and files for this one hundred and twenty-day (120) extension of discovery and all motion deadlines from June 10, 2025 to October 7, 2025 for the reasons set forth in the attached declaration. Defendants object.

DATED this 1st day of June, 2025.

Respectfully submitted by:

<u>S//S Leonard R. Berman</u>
Leonard R. Berman, OSB #96040
ATTORNEY FOR PLAINTIFFS