DAN RAYFIELD
Attorney General
SARA DEL RUBIN  #232414
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: sara.delrubin@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TYLER BURNARD, MICHAEL BRITZIUS, DOUGLAS STYLES,<br><br>Plaintiffs,<br><br>v.<br><br>ADAM GIBLIN, Personally, DELORES MATTEUCCI, Personally, PATRICK ALLEN, Personally,<br><br>Defendants. | Case No.  6:22-cv-01982-MC<br><br>DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS |

### L.R. 7-1(a)(1) CERTIFICATE OF CONFERRAL

Counsel for Defendants Adam Giblin, Dolores Matteucci, and Patrick Allen (collectively referred to as "Defendants") certifies that she has conferred with plaintiffs' counsel and he does not oppose this motion.

Page 1 -    DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
            DISPOSITIVE MOTIONS
    SD8/jt3

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## MOTION

Dispositive motions are currently due on July 22, 2025. Defendants respectfully request a two-week extension, up to and including August 5, 2025, to file dispositive motions in this case. Defendants request this extension because counsel for defendants will be out of the office for a week during the month of July and accordingly needs additional time to prepare a dispositive motion. Plaintiffs' counsel does not object to this motion. This request is made in good faith and not for the purpose of delay.

This request is supported by the accompanying Declaration of Sara Del Rubin.

DATED July 1, 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General

*s/ Sara Del Rubin*
SARA DEL RUBIN #232414
Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
sara.delrubin@doj.oregon.gov
Of Attorneys for Defendants

Page 2 -   DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
           DISPOSITIVE MOTIONS
         SD8/jt3

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000