Leonard R. Berman
9220 SW Barbur Bad., Suite 119 Box 180
Portland, OR 97219
(503) 516-3715
OSB # 96040
Easyrabbi@yahoo.com

<u>ATTORNEY FOR PLAINTIFFS</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| TYLER BURNARD, <br> MICHAEL BRITZIUS, <br> DOUGLAS STYLES, <br><br> IN <br><br> Plaintiffs, <br> SUMARY <br><br> OREGON STATE HOSPITAL, <br> ADAM GIBLIN, Personally, <br> DELORES MATTEUCCI, Personally, <br> PATRICK ALLEN, Personally, <br><br> Defendants. | Case No.: **6**:22-cv-1982MC <br><br> DECLARATION OF BURNARD <br><br> SUPPORT OF PLAINTIFFS' <br> MOTION FOR PARTIAL <br><br> JUDGMENT |

I, Tyler Burnard, hereby depose and declare, under penalty of perjury:

1. I am a co-plaintiff.

2. Before July 6, 2022, for more than two years , I was able to order most anything online, including from Amazon,

Costco, Walmart, Best Buy, Etc.

3. The package and ordering ban infringes on the my right to engage in interstate commerce and my First Amendment

rights of Freedom of Association and Expression. I cannot buy clothing that depicts my affiliations, politically,

musically artistically. I play the guitar and cannot order sheet music, strings, picks, capos, etc

4. I have had to wear the same clothing for a years or more.

4. Prior to the policy change in July 2022, any shipped, delivered or personally received

contraband such as glass jars or cans, were put in a secure locker for retrieval upon eventual

5. I routinely saw boxes delivered from Amazon, Costco and Walmart for bingo and staff office supplies, etc near the

nurses station.

6. If these vendors were safe for shipping goods to the hospital, then they should be safe for patients to continue

patronizing.

7. In my three-plus years of residency, I am unaware of any vendor ever sending contraband intentionally or otherwise

to patients.

8. There is no rational basis for denying patients their commercial and First Amendment rights except retaliation and

punishment.

9. Rehabilitation, recovery and quality of life are all diminished dramatically as a result of this senseless policy.,

10. I have never been given any Procedural Due process hearings before or after the July 6, 2022 policy activation .

11. Further, the policies eliminated my Substantive Due Process rights to life, liberty and the pursuit of happiness and

commerce and items of personal interest and preference.

Dated July, 30, 2025

S//S Tyler Burnard
Tyler Burnard

Case 6:22-cv-01982-MC     Document 89     Filed 08/05/25     Page 3 of 3