IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| TYLER BURNARD, MICHAEL BRITZIUS, and DOUGLAS STYLES, | Case No 6:22-cv-01982-MC |
| Plaintiffs, | JUDGMENT |
| v. | |
| ADAM GIBLIN, DELORES MATTEUCCI, and PATRICK ALLEN, | |
| Defendants. | |

_____

MCSHANE, Judge:

    Based on the record, this action is dismissed.

    IT IS SO ORDERED.

    DATED this 16th day of October, 2025.

                                                         __s/Michael J. McShane_____
                                                             Michael J. McShane
                                            United States District Judge