Leonard R. Berman
8630 SW Scholls Ferry Rd. Box 242
Beaverton, OR 97008
(503) 516-3715 OSB # 96040
Easyrabbi@yahoo.com
ATTORNEY FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | | |
|---|---|---|
| TYLER BURNARD, | : | Case No.: 6-22-CV-1982MC |
| ET AL, | : | |
| | : | PLAINTIFFS' NOTICE OF APPEAL |
| Plaintiffs, | : | |
| | : | |
| V. | : | |
| OREGON STATE HOSPITAL, | : | |
| DELORES MATTEUCCI, Personally, | : | |
| ET AL, | : | |
| Defendants. | : | |

Notice is hereby given that Plaintiffs Tyler Burnard, et al, in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from an Order Granting Defendants' Motion For Summary Judgment and Denial of Plaintiffs' Motion for Partial Summary Judgment and entered in this action on the 16th day of October, 2025.

Dated November 13, 2025

Respectfully Submitted,
 S//S Leonard Berman
Attorney for Plaintiff-Appellants
 OSBAR# 96040

1 NOTICE OF APPEAL